UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: DONALD C PACE
    10445 BORGMAN AVE
    BELLEVILLE, MI 48111

Case No.: 05-44681-PJS
Judge: PHILLIP J SHEFFERLY

## CHAPTER 13 FINAL ACCOUNTING AND REPORT AND CERTIFICATE OF SERVICE

### DISCHARGE PENDING

SSN#1 - XXX-XX-4214
SSN#2 -

| This Case was commenced on 02/17/2005 | The Plan was Confirmed on 06/08/2005 | The Case was concluded on 08/02/2007 |

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:      $24,497.62

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| BUTLER BUTLER & ASSOCIATES ADD/UNIFIE COMM FED | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK USA NA ADD/HOMEDE*TCONO REC | UNSECURED | 3,410.69 | 0.00 | 0.00 | 1,148.62 |
| CITIZENS BANK 2000 ROCKWOOD CAMPER | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP BK ONE | UNSECURED | 4,902.18 | 4,902.18 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP BK ONE | UNSECURED | 3,669.12 | 3,669.12 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP BKCARD SERV | UNSECURED | 4,365.92 | 4,365.92 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATIOI CRM/HI DEF TV | SECURED | 500.00 | 500.00 | 20.00 | 0.00 |
| ECAST SETTLEMENT CORPORATIOI Split Claim | UNSECURED | 2,060.90 | 2,060.90 | 0.00 | 0.00 |
| GENERAL MOTORS ACCEPTANCE C 02 SILVERADO | AUTOMOBILE | 14,497.43 | 0.00 | 0.00 | 0.00 |
| M&I MARSHALL & IISLEY BANK ADD*W/DRWN*** | UNSECURED | 59,206.49 | 0.00 | 0.00 | 0.00 |
| MARHSALL & IISLEY CORPORATION NTIP/17728 ROBER/LFT | CURR MTG | 113,287.55 | 0.00 | 0.00 | 0.00 |
| RESURGENT ACQUISITION LLC SEARS | UNSECURED | 2,060.80 | 2,060.80 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO CREDIT COLL SERV | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO HELZBERG DIAMOND | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIFIED COMMUNITIES FEDERAL CI ADD | UNSECURED | 2,580.95 | 2,580.95 | 0.00 | 0.00 |
| UNIFIED COMMUNITIES FEDERAL CI UNIFIED COMM FED | UNSECURED | 1,433.96 | 1,433.96 | 0.00 | 0.00 |
| UNIFIED COMMUNITIES FEDERAL CI UNIFIED FED CU | UNSECURED | 1,730.14 | 1,730.14 | 0.00 | 0.00 |
| DONALD C PACE | REFUND | 392.54 | 392.54 | | |

CASE NO: 05-44681-PJS          DONALD C PACE

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 128,284.98 | 0.00 | 85,421.15 |  | 392.54 | 214,098.67 | TOTAL PAID |
| PRIN. PAID | 500.00 | 0.00 | 22,803.97 |  | 392.54 | 23,696.51 | PRIN. AND INT. |
| INT. PAID | 20.00 | 0.00 | 0.00 |  |  | 20.00 | 23,716.51 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| UAW LEGAL - YPSILANTI | 0.00 | 0.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE | TRUSTEE | OTHER | |
|---|---|---|---|
| & DEPOSIT | EXP. & COMPENSATION FUND | COST | |
| 0.00 | 781.11 | 0.00 | 781.11 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Krispen S. Carroll as Trustee and releasing Krispen S. Carroll and her surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 10/29/2007

Krispen S. Carroll, Trustee

---

## C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that on the date indicated below, a copy of this document was mailed to the Debtor, the Debtor's attorney, and the United States Trustee by First Class Mail.

DATED: 10/29/2007

Office of the Ch. 13 Standing Trustee - Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226
(313)962-5035